HILLSBOROUGH COUNTY BUILDING & LOAN ASSOCIATION, a
Corporation, and PROTECTIVE REALTY HOLDING CORPORA-
TION, a Corporation, *Appellants,* v. G. R. FOLSOM, et al.,
*Appellees.*

En Banc.

Order filed September 10, 1930.

*George A. Gibbs,* for Appellants;

*H. D. Wentworth,* for Appellees.

PER CURIAM.—Upon motion to vacate supersedeas it ap-
pears that the order for a supersedeas was made by a
Justice of this Court August 22, 1930, that the order of the
Circuit Judge fixing the amount and condition of the bond
to be executed was made August 25, 1930, and that the
bond filed is dated July 23, 1930. The statute and the
orders made contemplate a bond executed *after* and in
accordance with the order fixing the amount and condition
of the bond. The statute also contemplates that the order
shall require the bond to be in such amount and so condi-
tioned as to duly protect the rights of the obligees. The
supersedeas is vacated with leave to apply to the Circuit
Judge for an appropriate order fixing the amount and con-

dition of a bond to be executed, approved and filed as required by law.

It is so ordered.

TERRELL, C. J., and WHITFIELD, STRUM and BUFORD, J. J., concur.